IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BOOKER T. HUFF, :
:
    Plaintiff, :
:
vs. :
: CIVIL ACTION 14-0041-M
CAROLYN W. COLVIN, :
Social Security Commissioner, :
:
    Defendant. :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Booker T. Huff.

DONE this 26th day of August, 2014.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE